Michele Haydel Gehrke (SBN 215647)
mgehrke@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Mona A. Razani (SBN 312234)
mrazani@reedsmith.com
REED SMITH LLP
355 South Grand Ave
Suite 2800
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
United Airlines, Inc. and Dale Bordelon

Jake D. Finkel, Esq. (SBN 293954)
jake@lawfinkel.com
Sheryl L. Marx, Esq. (SBN 311475)
sheryl@lawfinkel.com
LAW OFFICES OF JAKE D. FINKEL, APC
3470 Wilshire Blvd., Suite 830
Los Angeles, CA 90010
Tel: (213) 787-7411
Fax: (323) 916-0521

Attorneys for Plaintiff
Jon Miller

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MILLER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, Inc., an Illinois Corporation, DALE BORDELEON an individual; and DOES 1 through 50 Inclusive,<br><br>Defendant. | **CASE NO.**: 2:20-cv-4910-JWH(ASx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge John W. Holcomb<br>Magistrate Judge: Hon. Alka Sagar<br><br>Compl. Filed:   March 16, 2020<br>FAC Filed:        March 24, 2020 |

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court, the parties, Plaintiff JON MILLER ("Plaintiff") and Defendants UNITED AIRLINES and DALE BORDELON ("Defendants") hereby stipulate to the voluntary dismissal of this entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Parties request this Court enter an order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 28, 2021

**REED SMITH LLP**

/s/ Mona A. Razani
Michele Haydel Gehrke
Mona A. Razani
*Attorneys for Defendant*
United Airlines, Inc. and Dale Bordelon

Dated: June 28, 2021

**LAW OFFICES OF JAKE D. FINKEL, APC**

/s/ Sheryl L. Marx
Jake D. Finkel
Sheryl L. Marx
Mona A. Razani
*Attorneys for Plaintiff*
Jon Miller

**SIGNATURE ATTESTATION LOCAL RULE 5-4.3.4**

I hereby certify that concurrence in the filing of this document was obtained from the attorney for Plaintiff.

Dated: June 28, 2021                    **REED SMITH LLP**

/s/ Mona A. Razani
Michele Haydel Gehrke
Mona A. Razani
*Attorneys for Defendant*
United Airlines, Inc.